

# CITY OF RICHMOND
## OFFICE OF THE CITY ATTORNEY
900 EAST BROAD STREET, SUITE 400
RICHMOND, VIRGINIA 23219

TELEPHONE: 804-646-7940
FACSIMILE: 804-646-7939

**ALLEN L. JACKSON**
**CITY ATTORNEY**

**RICHARD E. HILL, JR.**
**ASSISTANT CITY ATTORNEY**

March 1, 2017

Fernando Galindo, Clerk
United States District Court
United States Courthouse
600 Granby Street
Norfolk, Virginia 23510

    RE: *Jazzman Levert Daniel v. Ben Frazer, et al.*
           Case No.: 2:16-cv-701

Dear Mr. Galindo:

    Please find enclosed the Waiver of the Service of Summons endorsed by Defendants Ben Frazer, Joseph Ronan and Jacob DeBoard in the above-referenced matter for filing. Also enclosed is a courtesy copy of my Notice of Appearance of Counsel.

    If you have any questions, please do not hesitate to contact me.

                                  Sincerely,

                                  Richard E. Hill, Jr.
                                  Assistant City Attorney

REH/mdd

Enclosures

Cc:     Jazzman Levert Daniel, *pro se*